# United States District Court
## Violation Notice

(Rev. 1/2013)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CRY5 | **9233376** | [illegible] | 1345 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 11/18/2085 12:10

**Offense Charged:** ☐ CFR ☐ USC ☐ State Code

**Place of Offense:** 211 E 7th Ave Eugene OR

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

Prohibited Conduct (a) willingly connect creating a loud or unusual noise and obstruction the virtual use of federal property

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Longworth | Chloe | |

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| | 9233376 | Chair | 1345 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/13/2025 12:10 | |

**Place of Offense**

2311 C 9?? Ave Coquit OR

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

Prohibited conduct (c) knowingly conduct in/thru a local derminut nose and obstruction the vital use of travel picsory

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Longworth | Chloe | |

### VEHICLE   VIN:   ☐ CMV

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions (on reverse side). | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side). |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 405 E 8th Ave Eugene OR 97401 | 02/13/2026 |
| | Time (hh:mm) |
| | 11:30am |