Lauren Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

      Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER, | No. 6:25-cv-2268-AA |
| Plaintiffs, | |
| v. | DECLARATION OF LATIFFE AMADO HORTON IN SUPPORT OF PLAINTIFFS' MOTION FOR TRO & PI |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

1.     My name is Latiffe Amado Horton and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.     I am a community member who is regularly present at the Federal ICE building in Eugene, OR.  I began assembling and exercising my free speech rights on or around April 2025 to the present in the form of leafletting and volunteer observing ICE activities at the downtown Eugene federal building.

3.     Prior to November 5, 2025, I was contacted by DHS agents while I was present at the public access areas of the federal building and on the public sidewalks while engaged in lawful First Amendment activity, including providing legal information and attorney referrals to immigrants who welcomed this information. I and other volunteers have been asked to leave the federal building

property for leafleting on various occasions and they have even disrupted leafleting on public sidewalks on High Street while we were speaking to community members as they entered the building.

4.      On November 5, 2025 between 7:00am and 8:00am, DHS contacted me at 211 East 7th Avenue on the Pearl Street side and informed me of new regulations that would go into effect at midnight that prohibited me from standing on the sidewalk.  I was alone doing ICE observation that started at 6:33am, when ICE/DHS arrived with a van full of migrants that they took from Cottage Grove and Eugene that morning. Soon thereafter, they asked me and others to leave the sidewalk on the Pearl Street side of the building.

5.      On November 5, 2025, DHS threatened legal action against me while I was standing on the public sidewalk holding a clipboard. As a result, I was forced to stand in the roadway to avoid arrest. Another observer also moved across the street during this time. Also on this date, DHS approached me after I was exercising my first amendment rights, followed me a bit and took a photo of me, but did not photograph any of the other people, who were white, standing with me. I was singled out by DHS and photographed because I was speaking Spanish to the immigrants they were transporting to Tacoma and I am not white.

6.      The experience on the 5th caused me fear and duress because I have a professional career and a family and do not want to be arrested or harmed by federal law enforcement.  I have not been back to my usual federal building support schedule since November 5, 2025, because I do not want to be arrested and I am unclear how to be present without being targeted by DHS.  Many fellow volunteers are afraid they will be wrongfully targeted by DHS and/or arrested or threatened with arrest.  As a result, many folks now stand across the street or have stopped attending events at the federal building, including myself.

7.      I have reviewed the new federal regulations and do not know what activities are legal

or illegal.  I do not know what "unusual noise" means in the context of protesting on the federal plaza or public sidewalks, I don't know where the legal places to observe and protest are, or whether DHS is lying to us to get us to leave--among many other vague and ambiguous terms in the regs that seem to give DHS far too much discretion to target people because of their speech (or color of their skin). Given the fact that DHS actions have appeared to be random and not subject to any clear delineation, I continue to be concerned that I could be arrested even though I believe my actions and presence at the federal building are entirely lawful.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2025, at Eugene, Oregon.

    /s/ *Latiffe Amado Horton*
Latiffe Amado Horton