Lauren Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER, | No. 6:25-cv-2268-AA |
| Plaintiffs, | |
| v. | DECLARATION OF LAUREN REGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR TRO & PI |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

1. I am one of the attorneys for the plaintiffs in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. On or about December 1, 2025, I received a call from the Assistant US Attorney who is responsible for the Eugene District CVB (Civil Violation Bureau) docket. He informed me that he was dismissing several CVB matters in which my organization was representing the defendant activists.

3. On October 28, 2025, my client Kimberly Zwygart was arrested by DHS while standing on the public sidewalk in Eugene, was detained in the ICE building "jail," and was cited under the prior regulations, for placing a bag of medical supplies on the sidewalk. She was cited for

Page 1 – DECL OF LAUREN REGAN IN SUPP. OF PLTFS' MOTION FOR TRO & PI

"failure to preserve government property." The AUSA informed me that he was dismissing her case.

4. On November 18, 2025, my client Plaintiff Chloe Longworth was cited pursuant to the new regulations. Ms. Longworth was arrested for using a megaphone on a public sidewalk. She was detained inside the ICE building and charged with "disorderly conduct, creating a loud or unusual noise." Her property was seized and has not been returned. Her case was also dismissed according to that same phone call with the AUSA.

5. Also on November 18, 2025, my client Kyle Kartchner was arrested by DHS while he was standing on public property taking photographs of ICE from about 30 feet away. He was also detained inside the ICE building "jail," and was cited pursuant to the new regulations, for "failure to comply" with DHS commands. On the phone call, the AUSA informed me he did not intend to prosecute this case either.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2025, at Eugene, Oregon.

                                                                   /s/ *Lauren C. Regan*
                                            Lauren C. Regan, Attorney at Law