AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

CHLOE LONGWORTH and ANNA LARDNER, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 6:25-cv-02268-AA
)
DONALD J. TRUMP; KRISTI NOEM; and U.S. DEPT )
OF HOMELAND SECURITY )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DONALD J. TRUMP
President of the United States
1600 Pennsylvania Ave., N.W.
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren Regan and Marianne Dugan
Civil Liberties Defense Center
1711 Willamette St Ste 301 # 359
Eugene, OR 97401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 12/10/2025

By: /s/S.Sellers, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:cv-25-2268-AA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DONALD J. TRUMP

was received by me on *(date)*   12/10/2025   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On 12/11/2025, I served the summons, complaint, scheduling documents, and TRO motion, order, and supporting documents, via FRCP 4(i), by sending via certified mail to DHS; U.S. Attorney General (delivered 12/16/25); and U.S. Attorney for District of Oregon (delivered 12/15/25).

My fees are $ _____ for travel and $ 65.81 for services, for a total of $ 65.81 .

I declare under penalty of perjury that this information is true.

Date:   12/19/2025

/s/ Marianne Dugan
*Server's signature*

Marianne Dugan
*Printed name and title*

CLDC
1711 Willamette St Ste 301 # 359
Eugene, OR 97401
*Server's address*

Additional information regarding attempted service, etc: