SCOTT E. BRADFORD, OSB #062824
United States Attorney
DIANNE SCHWEINER, CSB #188013
Assistant United States Attorney
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2936
Telephone:    (503) 727-1102
dianne.schweiner@usdoj.gov

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH; ANNA LARDNER,<br><br>                Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary U.S. Department of Homeland Security ("DHS"), in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                Defendants. | Case No.: 6:25-cv-02268-AA<br><br>JOINT MOTION AND STIPULATION FOR 14-DAY EXTENSION OF TRO AND CONTINUANCE OF PRELIMINARY INJUNCTION HEARING |

## <u>MOTION FOR EXTENSION OF TIME</u>

Plaintiffs filed this action alleging violations of the APA and First Amendment on December 5, 2025, along with a Motion for Temporary Restraining Order filed shortly thereafter, asking the Court to enjoin Defendants from enforcing a new regulation regarding federal property, recently codified in 6 C.F.R. 139.  (ECF 1, 8).  The Court granted the TRO on December 10, 2025, ruling it would expire fourteen days later on December 24, 2025.  (ECF 14).  Due to the fact that day was deemed a federal holiday, the Court was closed, and Defendants had not yet appeared in the case, the Court sua sponte extended the TRO another fourteen days to expire on January 7, 2026.  (ECF 19).  At the same time, the Court scheduled a hearing on Plaintiff's request for a preliminary injunction for January 7, 2026.  *Id*.

In its initial Order granting the TRO, the Court ordered the parties to confer on a date and time for a preliminary injunction hearing and on a briefing schedule on the question of a continuing injunction.  (ECF 14).  The parties have not had a chance to effectuate that conferral yet and therefore there is no court-ordered deadline for Defendants to respond to the Motion for TRO and/or Preliminary Injunction, although Defendants assume the Court wants that briefing prior to the preliminary injunction hearing and Defendants would like to respond in writing prior to the hearing as well.

Undersigned defense counsel was recently assigned to this case but due to the holidays and her inability to reach the appropriate agency representatives until December 31, 2025, defense counsel needs additional time to gather the appropriate documents and information relevant to this case, conduct the appropriate research, draft a response to the motion for TRO and request for preliminary injunction, and adequately prepare for a hearing in this case.  Additionally, due to the fact the Civil Division of the USAO is currently significantly understaffed, defense counsel has multiple other deadlines in the next few weeks on multiple other cases that preclude her ability to spend the time necessary

to adequately respond to Plaintiff's allegations and brief the TRO and preliminary injunction motion by next Wednesday, January 7, 2026.

For these reasons, Defendants request a fourteen day extension to file their opposition to Plaintiff's Motion for TRO and preliminary injunction (to January 21, 2026), and Plaintiffs request a reply brief deadline of January 28, 2026. The parties also request that the Court continue the hearing on the motion for preliminary injunction to be held on or after February 3, 2026, to allow the Court time to review those briefs.

Plaintiffs' counsel graciously agreed to file this joint motion/stipulation extending these deadlines, and Plaintiffs will not be prejudiced by any extension as long as the TRO is extended and remains in effect in the meantime. Additionally, Defendants request for an extension of these deadlines is authorized under Federal Rule of Civil Procedure 6(b)(1), which provides discretionary authority to enlarge time "with or without motion or notice." Authority to enlarge time naturally encompasses the power to designate the proper time for a response to a TRO and Preliminary Injunction motion.

For the foregoing reasons, the parties request that the Court extend Defendants' deadline to respond to Plaintiffs' Motion for TRO and Preliminary Injunction to January 21, 2026, and set Plaintiffs' reply brief deadline for January 28, 2026, as well as continue the hearing on the preliminary injunction for a date on or after February 3, 2026 that is mutually available for all counsel and the Court.

Dated this 2nd day of January, 2026.

Respectfully Submitted,

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Dianne Schweiner*
DIANNE SCHWEINER
Assistant United States Attorney
Attorneys for Defendants

JOINT MOTION AND STIPULATION FOR 14-DAY EXTENSION OF TRO
AND CONTINUANCE OF PRELIMINARY INJUNCTION HEARING

Civil Liberties Defense Center


*/s/ Marianne Dugan*
MARIANNE G. DUGAN
Attorneys for Plaintiffs

JOINT MOTION AND STIPULATION FOR 14-DAY EXTENSION OF TRO
AND CONTINUANCE OF PRELIMINARY INJUNCTION HEARING