SCOTT E. BRADFORD, OSB #062824
United States Attorney
DIANNE SCHWEINER, CSB #188013
Assistant United States Attorney
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2936
Telephone:   (503) 727-1102
dianne.schweiner@usdoj.gov

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH; ANNA LARDNER,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary U.S. Department of Homeland Security ("DHS"), in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No.: 6:25-cv-02268-AA<br><br>NOTICE OF APPEARANCE OF COUNSEL |

1

NOTICE OF APPEARANCE OF COUNSEL

TO ALL PARTIES OF RECORD:

    Assistant U.S. Attorney Dianne Schweiner hereby appears as counsel of record for Defendants in the above-captioned matter.

    Dated this 2nd day of January, 2026.

    Respectfully Submitted,

    SCOTT E. BRADFORD
    United States Attorney
    District of Oregon

    */s/ Dianne Schweiner*
    DIANNE SCHWEINER
    Assistant United States Attorney
    Attorneys for Defendants