SCOTT E. BRADFORD, OSB #062824
United States Attorney
SUZANNE MILES, CABN #242048
Assistant United States Attorney
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2936
Telephone:   (503) 727-1102
dianne.schweiner@usdoj.gov

Attorneys for Defendants

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH; ANNA LARDNER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary U.S. Department of Homeland Security ("DHS"), in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendants. | Case No.: 6:25-cv-02268-AA<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

1

NOTICE OF SUBSTITUTION OF COUNSEL

Defendants, by and through the undersigned counsel, hereby give notice of the following substitution of counsel in this matter.  Assistant U.S. Attorney Suzanne Miles is substituted for Assistant U.S. Attorney Dianne Schweiner as Defendants' counsel.  Pursuant to Local Rule 83-11(d), Dianne Schweiner consents to the substitution.  AUSA Dianne Schweiner should be removed from all future ECF notifications relating to this matter.

Dated this 20th day of January, 2026.

                                          Respectfully Submitted,

                                          SCOTT E. BRADFORD
                                          United States Attorney
                                          District of Oregon

                                          */s/ Suzanne Miles*
                                          SUZANNE MILES
                                          Assistant United States Attorney
                                          Attorneys for Defendants

                                          */s/ Dianne Schweiner*
                                          DIANNE SCHWEINER
                                          Assistant United States Attorney
                                          Attorneys for Defendants