SCOTT E. BRADFORD, OSB #062824
United States Attorney
SUZANNE MILES, CABN #242048
Assistant United States Attorney
DIANNE SCHWEINER, CSB #188013
Assistant United States Attorney
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2936
Telephone:   (503) 727-1102
dianne.schweiner@usdoj.gov

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH; ANNA LARDNER,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary U.S. Department of Homeland Security ("DHS"), in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No.: 6:25-cv-02268-AA<br><br>JOINT MOTION AND STIPULATION FOR EXTENSION OF PRELIMINARY INJUNCTION BRIEFING AND HEARING |

## MOTION FOR EXTENSION OF TIME

Plaintiffs filed this action alleging violations of the APA and First Amendment on December 5, 2025, along with a Motion for Temporary Restraining Order filed shortly thereafter, asking the Court to enjoin Defendants from enforcing a new regulation regarding federal property, recently codified in 6 C.F.R. 139. (ECF 1, 8). The Court granted the TRO on December 10, 2025, ruling it would expire fourteen days later on December 24, 2025. (ECF 14). Due to the fact that day was deemed a federal holiday, the Court was closed, and Defendants had not yet appeared in the case, the Court sua sponte extended the TRO another fourteen days to expire on January 7, 2026. (ECF 19). At the same time, the Court scheduled a hearing on Plaintiff's request for a preliminary injunction for January 7, 2026. *Id*.

The parties thereafter filed a Joint Motion and Stipulation requesting that the briefing and hearing on the preliminary injunction motion be extended, which the Court granted. (ECF 22). Defendants' opposition brief is currently due January 21, 2026, Plaintiff's Reply brief is due January 28, 2026, and the hearing is scheduled for February 3, 2026. By this motion, the parties request these dates be continued by another two weeks, setting the schedule as follows:

February 4, 2026:  Defendants' Opposition to Motion for Preliminary Injunction

February 11, 2026: Plaintiff's Reply Brief

Hearing on Preliminary Injunction during Week of February 17, 2026

Undersigned defense counsel is retiring from federal service and departing the U.S. Attorney's Office this week, and therefore a new Assistant U.S. Attorney is substituting into this case (AUSA Suzanne Miles). New counsel needs two weeks to get up to speed on this matter and prepare the appropriate opposition brief. For this reason, the parties request the briefing schedule and hearing on the Motion for Preliminary Injunction be continued to the above-referenced dates. The parties have also agreed that the current

TRO may be extended up to the date the Court holds the hearing on the preliminary injunction motion.

An extension of these deadlines is authorized under Federal Rule of Civil Procedure 6(b)(1), which provides discretionary authority to enlarge time "with or without motion or notice." Authority to enlarge time naturally encompasses the power to designate the proper time for a response to a TRO and Preliminary Injunction motion.

For the foregoing reasons, the parties request that the Court extend the deadlines referenced above, and set the hearing on the preliminary injunction motion for a date during the week of February 17, 2026.

Dated this 21th day of January, 2026.

                          Respectfully Submitted,

                          SCOTT E. BRADFORD
                          United States Attorney
                          District of Oregon

                          */s/ Suzanne Miles*
                          SUZANNE MILES
                          Assistant United States Attorney
                          Attorneys for Defendants


                          */s/ Marianne Dugan*
                          MARIANNE G. DUGAN
                          Attorneys for Plaintiffs