Lauren Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER, | No. 6:25-cv-2268-AA |
| Plaintiffs, | PLAINTIFFS' UNOPPOSED MOTION TO RESET HEARING ON PRELIMINARY INJUNCTION |
| v. | |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

    Plaintiffs respectfully request that the Court reset the hearing on Plaintiffs' Preliminary Injunction Motion (Dkt 8), from its current date of February 20, 2026, to the first available date in March. The reason is that Plaintiffs' undersigned counsel (who is lead counsel in this case, and drafted the complaint and motion) will be traveling to Pennsylvania and New York state from February 17 through February 26, arriving back in Eugene around midnight February 26. On February 20 undersigned counsel will be occupied the entire day, as coach of the University of Oregon's team in the National Environmental Moot Court Competition. Although February 23 through 25 she will not be so occupied, she will be visiting her mother in a rural area with unreliable internet. On Friday, February 27, although undersigned counsel will be back in Eugene, she will need time to recover from that late arrival and properly prepare for the hearing.

Defendants do not oppose this motion. They do oppose a related motion to extend the existing TRO expiration from February 20 through the date to which the hearing is reset; therefore Plaintiffs are filing a separate opposed motion on that matter.

DATED: January 29, 2026.

      /s/ Marianne Dugan
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

Of Attorneys for Plaintiffs

Page 2 – PLAINTIFFS' UNOPPOSED MOTION TO RESET HEARING ON PI MOTION