Lauren Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. 6:25-cv-2268-AA<br><br>PLAINTIFFS' **OPPOSED** MOTION TO EXTEND TEMPORARY RESTRAINING ORDER |

Plaintiffs respectfully request that the Court extend the expiration of the existing Temporary Restraining Order, from February 20, 2026, to whatever date the Court sets (if any) for the new hearing date for the Motion for Preliminary Injunction (Dkt 8). Plaintiffs just now filed an unopposed motion to reset that hearing date, to the first available date in March. (Dkt 27).

Counsel for Defendants states: "Counsel for defendants can make themselves available for a hearing at any time. Defendants do not oppose any motion to reschedule the hearing for any time before 2/20. Defendants oppose any further extension of the Court's *ex parte* TRO past 2/20, but defendants would not oppose rescheduling the hearing to a later date, if the TRO is allowed to expire on 2/20 as currently scheduled per the Court's order dated 1/21/2026. See ECF 25."

As discussed in the Declaration of Marianne Dugan, filed herewith, the same reasons for the

initial issuance of the TRO, and the subsequent extensions, remain in effect. Defendants have not provided undersigned counsel with any new information that would change the analysis and evidence presented in the Motion for PI and TRO. Protests at the ICE building are ongoing, with government response to the protests escalating at the January 27 protest. Both of the Plaintiffs were arrested that day, along with at least five others being arrested throughout the day. All arrestees were cited under the same general CFR section that is at issue in this case. An extension from February 20 to a new hearing date in early March would cause no harm to the government or public interests beyond that already addressed and weighed by the Court in granting the initial and subsequent TROs.

DATED: January 29, 2026.

    /s/ Marianne Dugan
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

Of Attorneys for Plaintiffs