Lauren Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER, | No. 6:25-cv-2268-AA |
| Plaintiffs, | |
| v. | DECLARATION OF MARIANNE DUGAN |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY, | IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND |
| Defendants. | |

    1.    I am one of the attorneys for the plaintiffs in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

    2.    Counsel for Defendants emailed me with the following statement to include in today's motions: "Counsel for defendants can make themselves available for a hearing at any time. Defendants do not oppose any motion to reschedule the hearing for any time before 2/20. Defendants oppose any further extension of the Court's *ex parte* TRO past 2/20, but defendants would not oppose rescheduling the hearing to a later date, if the TRO is allowed to expire on 2/20 as currently scheduled per the Court's order dated 1/21/2026. See ECF 25."

    3.    Tthe same reasons for the initial issuance of the TRO, and the subsequent extensions,

Page 1 – DECL OF MARIANNE DUGAN IN SUPP. OF PLTFS' MOTION TO EXTEND TRO

remain in effect. Defendants have not provided me with any new information that would change the analysis and evidence presented in the Motion for PI and TRO.

4. Protests at the ICE building are ongoing, with government response to the protests escalating at the January 27 protest. *See* Exhibits A, B, and C. Both of the Plaintiffs were arrested that day, along with at least five others being arrested throughout the day. All arrestees were cited under the same general CFR section that is at issue in this case.

5. To my knowledge, an extension from February 20 to a new hearing date in early March would cause no harm to the government or public interests beyond that already addressed and weighed by the Court in granting the initial and subsequent TROs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2026, at Eugene, Oregon.

                                                                      /s/ *Marianne Dugan*
                                            Marianne Dugan, Attorney at Law