1/28/26, 9:47 AM    Tear gas and pepper spray deployed, multiple people detained and injured during anti-ICE protests in Eugene

Case 6:25-cv-02268-AA    Document 29-2    Filed 01/29/26    Page 1 of 7





Donate

# Tear gas and pepper spray deployed, multiple people detained and injured during anti-ICE protests in Eugene

**KLCC** | By **Nathan Wilk**

Published January 27, 2026 at 5:18 PM PST

LISTEN • 0:59



*Nathan Wilk / KLCC*

Protesters at the federal building in Eugene on Jan. 27, 2026.

*This story was updated at 12:30 a.m. on Wednesday, Jan. 28.*

A chaotic scene played out over several hours Tuesday afternoon and evening during an anti-ICE protest at the Eugene Federal Building.

The event drew federal law enforcement's largest-scale response to date since

KLCC
1A

EX B - PAGE 1

administration's immigration policies.

Officers deployed tear gas, pepper balls and what sounded like flash-bangs throughout the day. They also detained several demonstrators and then released them, with some protesters counting at least nine people who had been taken inside.

KLCC observed and spoke to those who said they had been injured during those incidents.

Anna Lardner was released from detention with visible bruises on her face and shoulders. She told KLCC that inside, officers had sat on her legs, hyperextended her foot, and initially refused to provide a female staff member to search her.

City medics responded to the building while Lardner was inside. She later told KLCC she'd requested medical assistance due to injuries to her ankle and wrist.

"It's always scary to be arrested and taken in," said Lardner. "I was scared with how many of them there were. I was scared they were going to hurt me. I was scared they were going to damage and disable me. I was scared they might shoot me."



*Nathan Wilk / KLCC*

Anna Lardner spoke to KLCC after being detained during a protest at the Eugene federal building on Jan. 27, 2026. Lardner said she had been injured, and showed signs of bruising.

KLCC
1A

EX B - PAGE 2

Lardner accused the Department of Homeland Security of targeting her for her involvement in an ongoing lawsuit against the Trump administration over new noise rules. The other plaintiff in that case, Chloe Longworth, was also detained on Tuesday.

"They know that people are mad," said Lardner. "They know people are showing up to demonstrate, and they want to scare those people so they go home."

Later in the evening, federal officers played an audio recording telling protesters they were violating the law and needed to disperse.

They then deployed tear gas. Some protesters fled down the block, signaling to passing cars to roll their windows up to avoid being exposed.



Afterwards, KLCC spoke to Jay Smith, who was sitting on a nearby sidewalk covering one of his eyes. He said he'd leaned down to throw a gas canister away from the crowd, when another one bounced off the ground and hit him in the face.

"I was not there to agitate. I was not there to piss people off," said Smith. "I was just there to make sure that my friends got out safe, and they shot me in the f— eye."



*Nathan Wilk  /  KLCC*

Protesters and federal law enforcement officers were present throughout the afternoon and into the evening at the Eugene federal building on Jan. 27, 2026.

During the day's events, protesters taunted officers, banged on the windows of the building, and shined green laser pointers at law enforcement stationed on a roof.

In one video posted to Reddit, a protester closely confronted federal officers who had surrounded Lardner. In the same recording, an officer can be seen pushing a protester down concrete steps.

KLCC has reached out to the Department of Homeland Security for comment.

**Tags**    Politics & Government        Immigration and Customs Enforcement

Protests





KLCC
1A

## Nathan Wilk

Nathan Wilk joined the KLCC News Team in 2022. He is a graduate from the University of Oregon School of Journalism and Communication. Born in Portland, Wilk began working in radio at a young age, serving as a D.Land public affairs host

EX B - PAGE 4

## Related Content



**Politics & Government**

# Judge pauses Trump administration's noise restrictions against Eugene protesters

Nathan Wilk, December 14, 2025

A judge has temporarily blocked new noise restrictions against protests near the Eugene Federal Building.

LISTEN • 1:03

Stay Connected

KLCC

**1A**

EX B - PAGE 5

© 2026 KLCC

KLCC
136 W 8th Ave
Eugene OR 97401
541-463-6000
klcc@klcc.org

**Contact Us**

**FCC Applications**



KLCC
**1A**

EX B - PAGE 7