# The Register-Guard

LOCAL

# Protesters face off with federal agents in downtown Eugene

**Haleigh Kochanski, Miranda Cyr** and **Alan Torres**  Eugene Register-Guard
Updated Jan. 28, 2026, 8:09 a.m. PT

**Key Points**

- A protest outside the Eugene Federal Building led to a tense clash with federal agents.
- Federal agents used pepper spray, pepper balls, and tear gas on protesters.
- One protester was dragged into the building, detained, and later cited for multiple offenses.

A tense clash between protesters and federal agents outside the Eugene Federal Building filled the air in downtown with noxious fumes and loud bangs Jan. 27.

Just after noon, a "wall" of federal agents, including Immigration and Customs Enforcement and Department of Homeland Security officers, exited the building. Anna Lardner was thrown to the ground and dragged into the building where federal agents kneeled on her legs.

A couple of hours later, a bruise was forming on the side of her face next to her right eye. She said her wrist and ankle were in a lot of pain. The federal agents told Lardner she would be searched; she demanded a female officer be the one to conduct that search. Agents initially refused, saying there were no female agents present and said a male would be searching her, Lardner told the Register-Guard.

Mark Peabody, a local EMT, said his eyes were burning and he had trouble breathing from the residual pepper spray. He described one of the people directly hit by the spray as being unable to see for about 15 minutes.

"They were screaming in pain," Peabody said.

The person who was pepper-sprayed, Chloe Longworth, and Lardner are [complainants in a lawsuit against the Trump Administration](#) seeking to prevent the government from enforcing it's "loud and unusual noise" rules outside federal offices.

U.S. District Court Judge Ann Aiken issued a temporary restraining order refraining the Department of Homeland Security from enforcing the provision on the sidewalks surrounding the Federal Building at Sixth and Pearl streets.

The temporary restraining order has been extended three times since it was first issued Dec. 10, pending a response from the federal government. Now, the restraining order is set to expire Feb. 20, 2026.

At approximately 2:30 p.m., as dozens of protesters chanted just outside the front doors of the federal building, a flock of at least 15 federal agents descended on the protesters. Some wore black uniforms with "police" written on the front and DHS badges on the arms. Others wore tactical camouflage uniforms embroidered with "SRT" (Special Response Team).

Agents then retreated back to the building, pushing protesters along the way. As protesters pursued, agents fired pepper balls toward the ground.

Dahlia Fomley, who is part of the Party for Socialism & Liberation Eugene, was caught up in the fray. They were pouring water in their mouth and eyes, trying to flush out the pepper residue.

Fomley criticized local law enforcement, saying they couldn't imagine how ICE could operate without local support, which would be a violation of the Sanctuary Promise Act. [Eugene Police did not appear to be around](#) for much of the day.

"They (federal agents) illegally grabbed someone who was expressing their First Amendment protected right ... Our rights are our rights, regardless of who you're

talking to," Fomley said. "I don't see our situation in Eugene getting much better any time soon.

"How many more cities do you need to brutalized? Whether it's L.A. or Minneapolis, how many more cities need to be brutalized by federal law enforcement before our elected leaders do something about it?"

The number of federal agents increased as night fell on Eugene. At least 30 federal agents came out of the building to deploy chemical irritants including pepper balls and tear gas on the crowd.

As the clash went on, Eugene Police Department's drone could be seen overhead and officers were patrolling the area. More Eugene Police were stationed near the Federal Building, hanging on the side of an SUV. Eugene Springfield Fire also staged medics and fire trucks near the melee.

According to EPD spokesperson Melinda McLaughlin, Eugene police avoided direct involvement and were dispatched to support Eugene Springfield Fire with medical calls and "ensure safety, and preservation of nearby public and private property."

Lardner, who was dragged into the federal building earlier in the day, said she was cited for trespassing, failure to obey a law enforcement officer and interfering with a federal officer. Lardner said she was given no explanation as to why she was being cited and was never read her Miranda Rights.

The air was filled with clouds of noxious fumes, choking those in the area as protesters continued to shout and chant and loud bangs rang out. People on the sidewalk encouraged passing cars to role up their windows to avoid the chemicals. Some protesters received on-site medical attention from onlookers.

After 8 p.m., federal agents announced over a loudspeaker that all detainees had been released and ordered the remaining protesters to disperse, threatening to use chemical deterrents and make more arrests.

Almost all protesters had left by 9 p.m.