# FEDERAL PROTECTIVE SERVICE
**\*\* FOR OFFICIAL USE ONLY \*\***

| | | |
|---|---|---|
| **CASE NUMBER** F26100021383 / 25043251D<br>☐ Follow – Up Report | **Occur Date Span** 11/18/2025 thru 11/18/2025 | **Occur Time Span** 10:29 thru 12:46 |
| **Report Date** 11/18/2025 | **Report Time** 10:29 | |

## A

| Code | Type of Offense or Incident |
|---|---|
| | Building Rules and Regulations: Conformity of Signs and Directions |

**Arrive Date** 11/18/2025  **Arrive Time** 10:29

| Building No. | Address |
|---|---|
| OR0051 | 211 E 7TH AVE, EUGENE, OR 97401 |

**Rtn to Svc Dt** 11/18/2025  **Rtn to Svc Tm** 10:29

| Incident Location | Agency Name |
|---|---|
| | CORPS OF ENGINEERS, CIVIL; DHS FEDERAL PROTECTIVE SERVICE (FPS); DRUG ENFORCEMENT ADMINISTRATION; FAS- OFFICE SPAC; FEDERAL BUREAU OF INVESTIGATION; INTERNAL REVENUE SERVICE NATIONAL OFFICE; SOCIAL SE… |

**Agency Code** 9600; 7056; 1532; 4742; 1513; 2011; 2804; 7055; 3609; 3611

Est Num Dem: 1-10, 11-50, 51-100, 101-300, 301-500, 500+
Est Num Evc: 1-10, 11-50, 51-100, 101-300, 301-500, 500+

**NARRATIVE**
SEE NARRATIVE CONTINUATION

## B

**INVOLVED PERSON** ☐ Victim ☐ Witness ☐ Suspect ☒ Subject ☐ Report Person ☐ Govt' Empl ☐ Govt' Cont ☐ Other ☐ Missing Person

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LONGWORTH, CHLOE | | 2003 | F | | | | Blue | Blonde |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | Eugene | OR | 97404 | United States of America |

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| | OR | | American | | |

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|
| | No | 9233376 | | |

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|
| | | | | |

**INVOLVED PERSON** ☐ Victim ☐ Witness ☐ Suspect ☐ Subject ☐ Report Person ☐ Govt' Empl ☐ Govt' Cont ☐ Other ☐ Missing Person

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

(Second involved person fields blank)

## C

**VEHICLE** ☐ Stolen ☐ Damaged ☐ Recovered ☐ Lost/Missing ☐ Suspect ☐ Other ☐ Govt ☐ Evidence

| No. | License No | State | Reg Yr | Make | Model | Veh Yr | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| R/O Name (last, first, middle) | Color | VIN | NCIC Number |
|---|---|---|---|
| | | | |

| R/O Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | | | | |

## D

**PROPERTY** ☐ Stolen ☐ Damaged ☐ Recovered ☐ Suspect ☐ Found ☐ Other ☐ Govt ☐ Evidence ☐ Weapon

| No. | Type: Description: | Make | Model | Color |
|---|---|---|---|---|
| | | | | |

| Owner Name (first, last, middle) | Serial Number | Value | NCIC Number |
|---|---|---|---|
| | | | |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | | | | |

**Distribution:** ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO  ☐ Other
**Case Status:** ☐ Open  ☐ Closed  ☐ Unfounded

**\*\* FOR OFFICIAL USE ONLY \*\***

3155 Report
Page 1 of 5

Generated by:  on 11/24/2025 14:23

Exhibit A, Page 1 of 9

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| *Sara Elizter* | 11/21/2025 20:41 | *William W Turner* | 11/24/2025 14:22 |

# FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

////////// Beginning of Report by Sara Elizter Inspector – 10K1845 //////////

FPS CASE #:

25043251D

ASSISTING OFFICERS:

Mark VECHINI-Inspector, Badge #289, Federal Protective Service (FPS)

Norbert HUTZLER-Inspector, Badge #1015, FPS

Nathaniel HUERTA -Inspector, Badge #1003, FPS

Jesus DOMINGUEZ-Inspector, Badge #640, FPS

SOURCE:

I, Explosives Detection Canine Handler (EDC) Sara Elizter, (Badge #10K1845), was in my FPS issued uniform, clearly identifiable as a federal law enforcement officer per 40 USC 1315, for the Department of Homeland Security (DHS)/ FPS, to enforce the laws of the United States. This investigation occurred at the Eugene Federal Building at 211 E 7th Avenue, Eugene, OR. (OR0051). This facility is under proprietary jurisdiction, subject to both federal and state laws.

OBSERVATION/INVESTIGATION:

On November 18, 2025, at approximately 1029 hours, Protective Security Officer (PSO) VANG, assigned as 10G121, advised the Denver MegaCenter (DMC) that there were three protesters off the property and that one protester had a megaphone.

At approximately 1124 hours, Inspector HUTZLER was contacted by David HAUXHURST (Phone number 541-███████), a Garten Janitorial employee, regarding his concerns about the protest occurring outside the facility. Garten Janitorial Services is a GSA service provider that contracts within the local community to provide employment to individuals with special needs, special working circumstances or other extra requirements to work in a positive and safe environment.

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

HAUXHURST requested Inspector HUTLZER to escort him to dump trash due to the increased loudness from the megaphone, words being used by the protestors directed at the building and employees, and the vulgar words like "FUCKING NAZIS", "RAPISTS", "PEDOPHILES", which could be heard inside the facility and around the immediate area of the exterior of the building. Due to these circumstances, which HAUXHURST stated were impeding his ability to perform his duties under Title 6 Conduct on Federal Property (CFR). Due to the harassing language and unreasonable noise created by the protestors, HAUXHURST did not feel safe to go outside to complete his janitorial duties for the building. HAUXHURST asked for an escort by FPS officers to complete his duties on the exterior of the property.

Prior to the complaint from HAUXHURST, FPS was monitoring the protest. FPS was aware of a blonde female wearing a black hat and black mask who had been circling the building with a megaphone.

At approximately 1142 hours, Inspector VECHINI and I advised dispatch that we were going to contact what appeared to be a White Female Adult (WFA), wearing a backpack, black hat, black jacket and black pants, carrying a black megaphone. The WFA was later identified as Chloe LONGWORTH Date of Birth ▮▮▮▮ 2003. Contact was made with LONGWORTH, who was standing on the corner of E Sixth Ave and Pearl Street with four other UNKOWN individuals.

After interviewing Mr. HAUXHURST, I established Probable Cause (PC) for violations under 6 CFR 139.35: Prohibited Conduct: Paragraph (a): Disorderly conduct which includes, but not limited to harassing or intimidating and lewd acts; Paragraph (c ): Creating loud or unusual noise; and Paragraph (d): Obstructing the usual use, enjoyment, or access to federal property, including but not limited to use of entrances, exits, exterior areas, parking areas, and loading docks.

CUSTODY/BOOKING:

At approximately 1145 hours, I had advised LONGWORTH that she was under arrest, I instructed her to place her hands behind her back, which she did.  Before placing LONGWORTH in handcuffs, her backpack, two megaphones, and megaphone bag were removed from her person. I placed handcuffs on LONGWORTH in accordance with FPS Policy and Procedure. I checked for proper fit, by placing my pinky finger between the handcuff on both wrists and ensured the handcuffs were double locked. I escorted LONGWORTH to the FPS office located in the basement of the Eugene Federal Building, Suite B-30. I utilized the FPS Processing room located inside the office for the processing of LONGWORTH and her belongings.

Once in the FPS office, I conducted Search Incident to Arrest (SIA) of LONGWORTH's. Removing an orange whistle necklace which was taken into evidence along with the megaphones and the megaphone bag.

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

After the SIA was completed, I asked LONGWORTH where her identification (ID) was located and she informed me and Inspector VECHINI that it was inside her backpack, the large pocket in her wallet. Inspector VECHINI located the ID, and I provided the ID information to DMC., I contacted (DMC) and requested DMC to run the subject for a full clearance through the National Crime Information Center (NCIC) and locally through Lane County and Eugene Police Department (EPD). Information provided to DMC of an Oregon ID: OR ID #: LONGWORTH, Chloe (MI), DOB: ██████ 2023, ████████████████. LONGWORTH has an ID only and address verified as ████████████ Eugene, OR 97404.

At approximately 1152 hours I advised LONGWORTH of her Miranda rights, reading from an agency issued Miranda rights and acknowledgment card. LONGWORTH stated that she understood her rights and wished to invoke her 5th Amendment Right to remain silent.

I issued LONGWORTH a United States District Court Violation Notice #9233376 for violation of 6 CFR 139.35, Prohibited Conduct. I provided LONGWORTH with all appropriate documentation to contact the U.S. Attorney's Office and how to proceed with the processing of the citation. I ensured that LONGWORTH understood that she had a mandatory appearance for the citation on 02/13/2026 at 11:30 am in Eugene OR.

At approximately 1246 hours I escorted LONGWORTH out of the facility.

CASE STATUS:

Closed - Forwarded to the USA's office for consideration of prosecution and HSI for follow-up.



**Department of Homeland Security**
National Protection and Programs Directorate
Federal Protective Service

| Case Control Number | **Statement** Please fill out in full detail |
|---|---|

**Date and time of statement:** ☐ am ☐ pm
**Location where this statement was written:** 211 E. 7th Ave
**Name (last, first, middle):** Hauxhurst, David H.
**Age:** 54
**DOB:** 1971
**Sex:** ☒ M ☐ F
**Address (home):** [redacted]
**Phone:** [redacted]
**Address (business):** [redacted]
**Phone:** [redacted]

**Date and time of offense:** / ☐ am ☐ pm
**Offense:**
**Suspect (last, first, middle):**
**Location of offense:** Well Gate Entrence - 211 E. 7th Ave

**Witness statement** ☒ yes ☐ no   **In custody** ☐ yes ☒ no   **Miranda warning indicated:** ☐ yes ☒ no

I have been advised and I am aware of the following rights:
I have the right to remain silent. Anything I say can be used against me in court or other proceedings. I have the right to consult with an attorney and to have my attorney present during questioning. If I cannot afford an attorney, one will be appointed to represent me prior to any questioning.

**I understand my rights:** ☒ yes ☐ no _____ initial
**I am willing to waive these rights and make the following statement:** ☒ yes ☐ no _____ initial

I heard about the wall, the protestors were using the microphone being loud and cussing. I heard them using the "F-word", and yelling at the building. When I saw Inspector Hutzler I asked him to escort me outside due to the overall loudness from the microphone and I did not want to be called names. I had an overall feeling of being really scared of interacting with the protestors, not wanting to be attacked verbally, cursed at or called names. After FPS started to make arrests, and the noise calmed down, I felt better and was not as scared to go outside to do my job. This statement was transcribed by Inspector Mark Vechini to assist me in filling out this form. Nothing Follows

Vechini, Mark J.
11/19/2025
10P289

I, David Hauxhurst, have written or have read this statement written for me, and I swear or affirm under penalty of perjury that this statement is true and correct to the best of my knowledge.

**Signed:** [signature]   **Date:** 11/19/2025
**Witnessed by:** Mark J. Vechini 10P289
**Officer/Agent Name:** Sara Enzler   **Badge:** 1845   **page** 1 **of** 1

For Official Use Only -- Law Enforcement Sensitive



*Federal Protective Service*
*U.S. Department of Homeland Security*
*Washington, DC 20528*

# STATEMENT OF PROBABLE CAUSE

U.S. District Court Violation Notice Number: 9233376
CVB Location Code: OR49
Defendant: Chloe Longworth
Officer: **S. Elizter**
Badge Number: **10K1845**
Issuing Agency: **DHS-Federal Protective Service**
Charge: 6 CFR 139.35 (a),(c),(d)
Date of Offense: 11/18/2025
Offense Location: 211 E 7th Ave, Eugene, OR

I, Explosives Detection Canine Handler (EDC) Sara Elizter, (Badge #10K1845), was in my FPS issued uniform, clearly identifiable as a federal law enforcement officer per 40 USC 1315, for the Department of Homeland Security (DHS)/ FPS, to enforce the laws of the United States. This investigation occurred at the Eugene Federal Building at 211 E 7th Avenue, Eugene, OR. (OR0051). This facility is under proprietary jurisdiction, subject to both federal and state laws.
On November 18, 2025, at approximately 1029 hours, Protective Security Officer (PSO) VANG, assigned as 10G121, advised the Denver MegaCenter (DMC) that there were three protesters off the property and that one protester had a megaphone.
At approximately 1124 hours, Inspector HUTZLER was contacted by David HAUXHURST (Phone number ▮▮▮▮▮▮▮▮), a Garten Janitorial employee, regarding his concerns about the protest occurring outside the facility. Garten Janitorial Services is a GSA service provider that contracts within the local community to provide employment to individuals with special needs, special working circumstances or other extra requirements to work in a positive and safe environment.
HAUXHURST requested Inspector HUTLZER to escort him to dump trash due to the increased loudness from the megaphone, words being used by the protesters directed at the building and employees, and the vulgar words like "FUCKING NAZIS", "RAPISTS", "PEDOPHILES", which could be heard inside the facility and around the immediate area of the exterior of the building. Due to these circumstances, which HAUXHURST stated were impeding his ability to perform his duties under Title 6 Conduct on Federal Property (CFR). Due to the harassing language and unreasonable noise created by the protesters, HAUXHURST did not feel safe to go outside to complete his janitorial duties for the building. HAUXHURST asked for an escort by FPS officers to complete his duties on the exterior of the property.
Prior to the complaint from HAUXHURST, FPS was monitoring the protest. FPS was aware of a blonde female wearing a black hat and black mask who had been circling the building with a megaphone.
At approximately 1142 hours, Inspector Vechini and I advised dispatch that we were going to contact what appeared to be a White Female Adult (WFA), wearing a backpack, black hat, black

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 18**, 20 **25** while exercising my duties as a law enforcement officer in the _____ District of **Oregon**

See attached Probable Cause Statement

The foregoing statement is based upon:
- ☑ my personal observation
- ☑ my personal investigation
- ☑ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/18/2025**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

---

**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| R49 | 9233376 | Glicker | 1845 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 1/18/2025 12:10
Offense Charged ☑ CFR ☐ USC ☐ State Code: 6 CFR 139.55(a),(c),(b)

Place of Offense: 211 E 7th Ave, Eugene, OR

Offense Description: Factual Basis for Charge
Prohibited conduct (a) Disorderly conduct (c) Creating a loud or unusual noise (b) Obstruction the usual use of federal property

**DEFENDANT INFORMATION**
Last Name: Longworth
First Name: Chloe
MI: K
Street Address: [redacted]
City: Eugene    State: OR    Zip: 97404
Date of Birth: 2003
Driver's License No: [redacted]   CDL ☐   D.L. State: OR
Adult ☑   Juvenile ☐   Sex ☐ Male ☑ Female
Hair: Black   Eyes: Blu   Height: 5'8   Weight: 150

VEHICLE   VIN:

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
Court Address: 405 E 8th Ave, Eugene, OR 97401
Date: 02/13/2026   Time: 11:50am

X Defendant Signature: Chloe Longworth

Original - CVB Copy
*9233376*

jacket and black pants, carrying a black megaphone. The WFA was later identified as Chloe LONGWORTH Date of Birth ███ 2003. Contact was made with LONGWORTH, who was standing on the corner of E Sixth Ave and Pearl Street with four other UNKOWN individuals. After interviewing Mr. HAUXHURST, I established Probable Cause (PC) for violations under 6 CFR 139.35: Prohibited Conduct: Paragraph (a): Disorderly conduct which includes, but not limited to harassing or intimidating and lewd acts; Paragraph (c ): Creating loud or unusual noise; and Paragraph (d): Obstructing the usual use, enjoyment, or access to federal property, including but not limited to use of entrances, exits, exterior areas, parking areas, and loading docks.

Executed On: (11/18/2025)                    Officer Signature: _____