**DEPARTMENT OF HOMELAND SECURITY**

| FEDERAL PROTECTIVE SERVICE<br>EVIDENCE/PROPERTY CUSTODY FORM | CASE CONTROL NUMBER<br>**25043251D**<br>TECS NUMBER |
|---|---|

| NAME OF PERSON FROM WHOM RECEIVED | ADDRESS *(Include Zip Code)* |
|---|---|
| ☒ OWNER   Chloe Longworth<br>☐ OTHER | ▇▇▇▇▇▇, Eugene, OR 97404 |

| LOCATION FROM WHERE OBTAINED<br>211 E 7th Ave, Eugene, OR | REASON OBTAINED<br>☒ EVIDENCE<br>☐ PROPERTY | DATE OBTAINED<br>11/18/2025<br>TIME OBTAINED<br>12:10 |
|---|---|---|

**NAME OF INITIAL PERSON RECEIVING EVIDENCE/PROPERTY**

| Sara Elizter | Officer | |
|---|---|---|
| *Printed name* | *Title* | *Signature* |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES<br>*(Include make, model, serial number, condition, and unusual marks or scratches)* |
|---|---|---|
| F26100 021383-1 | 1 | Black Megaphone and Orange Whistle |
| 2 | 1 | White with Blue Megaphone |
| 3 | 1 | Black Megaphone Bag |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | SIGNATURE<br><br>NAME, POSITION, TITLE<br>Chloe Longworth | SIGNATURE<br><br>NAME, POSITION, TITLE<br>Sara Elizter/1845 | Held as evidence |
| | | SIGNATURE<br><br>NAME, POSITION, TITLE<br>Sara Elizter/1845 | SIGNATURE<br><br>NAME, POSITION, TITLE<br>Norbert Hutzler/Ofc./1501 | Seized as evidence |
| | | SIGNATURE<br><br>NAME, POSITION, TITLE<br>Norbert Hutzler/Ofc./1501 | SIGNATURE<br><br>NAME, POSITION, TITLE<br>Temp Evidence Vault | Logged into temp. evidence |
| | | SIGNATURE<br><br>NAME, POSITION, TITLE | SIGNATURE<br><br>NAME, POSITION, TITLE | |

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | CHAIN OF CUSTODY *(Continued)* | | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |

## I. FINAL DISPOSITION ACTION

| RELEASE TO OWNER OR OTHER *(Name/Agency)* | ITEM NUMBERS RETURNED (complete Sections II & III) |
|---|---|
| DESTROYED | ITEM NUMBERS TO BE DESTROYED (Complete sections II & IV) |
| OTHER *(Specify)* | |

## II. FINAL DISPOSITION AUTHORITY

ITEM(S) _____ ON THIS DOCUMENT, PERTAINING TO THE INVESTIGATION INVOLVING

_____   _____ (IS)(ARE) NO LONGER
            *(Name)*                                    *(Agency/Organization)*

REQUIRED AS EVIDENCE AND MAY BE DISPOSED OF AS INDICATED ABOVE.  *(If article(s) must be retained, do not sign, but explain in separate correspondence)*

## III. RETURN OF ARTICLES

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | COMMENTS |
|---|---|---|---|---|
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |

## IV. DESTRUCTION OF ARTICLES

| ITEM NO. | DATE | DESTROYED BY | WITNESSED BY | COMMENTS |
|---|---|---|---|---|
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |

NPPD Form 78-300 (1/2012)

Exhibit B, Page 2 of 4

| | **FEDERAL PROTECTIVE SERVICE** | CASE CONTROL NUMBER |
| | **EVIDENCE/PROPERTY CUSTODY FORM** | **25043251D** |
| | Continuation Page ___ of ___ | TECS NUMBER |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES *(Include make, model, serial number, condition, and unusual marks or scratches)* |
|---|---|---|
| | | |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |

| | | FEDERAL PROTECTIVE SERVICE<br>EVIDENCE/PROPERTY CUSTODY FORM<br>Continuation Page ___ of ___ | CASE CONTROL NUMBER<br>**25043251D** |
|---|---|---|---|
| | | | TECS NUMBER |
| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES<br>*(Include make, model, serial number, condition, and unusual marks or scratches)* | |
| | | | |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, POSITION, TITLE | NAME, POSITION, TITLE | |

NPPD Form 78-300 (1/2012)