# FEDERAL PROTECTIVE SERVICE
**\*\* FOR OFFICIAL USE ONLY \*\***

| CASE NUMBER F26100024720 / 25044193D<br>☐ Follow – Up Report | Occur Date Span<br>11/25/2025 thru 11/25/2025 | Occur Time Span<br>12:25 thru 15:47 | Report Date<br>11/25/2025 | Report Time<br>13:20 |
|---|---|---|---|---|

**A**

| Code | Type of Offense or Incident<br>Disorderly Conduct: Disorderly Conduct | | Arrive Date<br>11/25/2025 | Arrive Time<br>13:20 |
|---|---|---|---|---|
| Building No.<br>OR0051 | Address<br>211 E 7TH AVE, EUGENE, OR  97401 | | Rtn to Svc Dt<br>11/25/2025 | Rtn to Svc Tm<br>15:50 |
| Incident Location | Agency Name<br>CORPS OF ENGINEERS, CIVIL; DHS FEDERAL PROTECTIVE SERVICE (FPS); DRUG ENFORCEMENT ADMINISTRATION; FAS- OFFICE SPAC; FEDERAL BUREAU OF INVESTIGATION; INTERNAL REVENUE SERVICE NATIONAL OFFICE; SOCIAL SE… | | Agency Code<br>9600; 7056; 1532; 4742; 1513; 2011; 2804; 7055; 3609; 3611 | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

**B**

| INVOLVED PERSON | Victim | X Witness | Suspect | Subject | Report Person | X Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|
| No. 1 | Name (last, first, middle)<br>SHULEIN, ARIK | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes  Hair |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
| Scars, Marks, Tattoos / Other | | Arrested | Citation Number | NCIC Number | Work Phone |
| Employer<br>INTERNAL REVENUE SERVICE NATIONAL OFFICE | Employer City | State | Employer Zip | Employer Country |

| INVOLVED PERSON | Victim | X Witness | Suspect | Subject | Report Person | X Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|
| No. 2 | Name (last, first, middle)<br>WOLFFESONG, ALICE | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes  Hair |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
| Scars, Marks, Tattoos / Other | | Arrested | Citation Number | NCIC Number | Work Phone |
| Employer<br>INTERNAL REVENUE SERVICE NATIONAL OFFICE | Employer City | State | Employer Zip | Employer Country |

**C**

| VEHICLE | Stolen | Damaged | Recovered | Lost/Missing | Suspect | Other | Govt | | Evidence |
|---|---|---|---|---|---|---|---|---|---|
| No. | License No | State | Reg Yr | Make | Model | | Veh Yr | Value | |
| R/O Name (last, first, middle) | Color | | VIN | | NCIC Number | | | | |
| R/O Address | City | | | State | Zip Code | Country | | | |

**D**

| PROPERTY | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon |
|---|---|---|---|---|---|---|---|---|---|
| No. | Type:<br>Description: | | Make | Model | | Color | | | |
| Owner Name (first, last, middle) | Serial Number | Value | NCIC Number | | | | | | |
| Address | City | State | Zip Code | Country | | | | | |

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO  ☐ Other
Case Status:   ☐ Open           ☐ Closed  ☐ Unfounded

**3155 Report**
Page 1 of 6

\*\* FOR OFFICIAL USE ONLY \*\*

Generated by: William W Turner on 12/08/2025 16:14

Exhibit C, Page 1 of 10

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| *Sara Elizter* | 12/08/2025 15:37 | *William W Turner* | 12/08/2025 16:13 |

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

| INVOLVED PERSON | | Victim | X | Witness | | Suspect | | Subject | | Report Person | X | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

B

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MAGISTRALE, BARBARA | | | | | | | | |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | | | | |

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| | | | | | |

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|
| | | | | |

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE NATIONAL OFFICE | | | | |

| INVOLVED PERSON | | Victim | | Witness | | Suspect | X | Subject | | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

B

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LARDNER, ANNA | | 1989 | F | W | | | | Brown |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | Euguene | OR | 97404 | United States of America |

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| | | | American | | |

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|
| | No | | | |

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|
| | | | | |

Narrative Continuation

---

////////// Beginning of Report by Sara Elizter Inspector – 10K1845 //////////

FPS CASE #:

25044193D

ASSISTING OFFICERS:

Mark VECHINI-Inspector, Badge #289, Federal Protective Service (FPS)

Norbert HUTZLER-Inspector, Badge #1015, FPS

Jesus DOMINGUEZ-Inspector, Badge #640, FPS

Nester GARIBAY- Inspector, Badge #1881, FPS

Josh POTTER- Protective Security Officer (PSO) 10G123

SOURCE:

---

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

I, Explosives Detection Canine Handler (EDC) Sara Elizter, (Badge #10K1845), was in my FPS issued uniform, clearly identifiable as a federal law enforcement officer per 40 USC 1315, for the Department of Homeland Security (DHS)/FPS, to enforce the laws of the United States. This investigation occurred at the Eugene Federal Building at 211 E 7th Avenue, Eugene, OR. (OR0051). This facility is under proprietary jurisdiction, subject to both federal and state laws.

OBSERVATION/INVESTIGATION:

On November 25, 2025, at approximately 1225 hours, Protective Security Officer (PSO) POTTER, assigned as 10G123, observed protestors utilizing megaphones outside the intersection of E Sixth Avenue and High Street.

At approximately 1231 hours, PSO POTTER reported the presence of approximately 60 protestors and 10 legal observers on federal property, blocking entrances and exits. Around this time, Internal Revenue Service (IRS) manager Arik SHULEIN filed a complaint regarding the noise generated by the demonstration, stating that routine business operations were being disrupted, particularly by protestors using megaphones. The operations being interrupted included taxpayer services, such as telephonic and in-person interviews, recordings of the processes to be in accordance with IRS policies, and other functions stated in the statements provided by IRS personnel.

At approximately 1235 hours, Inspectors VECHINI, HUTZLER, DOMINGUEZ, GARIBAY, and I approached the protestors utilizing megaphones to issue verbal warnings. The megaphones were being used on the sidewalk off federal property, while individual protestors were also walking onto federal property and into the east courtyard. In the courtyard, protestors used megaphones directly against the building's glass, amplifying the noise, screaming, and playing the "Ole, Ole, Ole" soccer chant into the building.

At approximately 1241 hours, I engaged with a white adult female (WFA) with brunette hair, dressed in a black baseball cap, black shirt, blue jeans, and brown boots. I informed her that her actions were in violation of 6 Code of Federal Regulations (CFR) 139.30 for conformity with lawful directions of law enforcement and 139.35, specifically paragraph (c), which prohibits creating loud or unusual noise, as well as Paragraph (d), which addresses obstructing the usual use or access to federal property. Simultaneously, I issued the same warning to another WFA with brunette hair, wearing a black baseball cap, clear glasses, black jacket, blue jeans, and black boots.

After issuing the verbal warnings, all inspectors returned inside the building; however, the noise from the protest intensified.

During the protest the previous week, Area Commander (AC) William TURNER engaged in a discussion with LARDNER regarding the new regulations and the associated changes introduced under 6 CFR. AC TURNER offered to provide

CASE NUMBER   F26100024720           ** FOR OFFICIAL USE ONLY **                                    3155 Report
              / 25044193D
Officer  Sara Elizter                                                                                Page 4 of 6

LARDNER with a printed copy of the regulation for her review; however, she declined, stating that she had already read them.

The second WFA entered the facility to inquire about what constitutes creating a loud and unusual noise. Inspector VECHINI clarified that, under 6 CFR, the use of a megaphone or any similar device could be considered prohibited conduct.

At approximately 1345 hours, the Eugene Police Department (EPD) responded to the property following noise complaints made by employees and other individuals in the immediate area of federal property. The complaints were received by EPD 9-1-1 dispatch.

At approximately 1356 hours, PSO Potter reported that EPD issued verbal warnings to demonstrators on-site regarding the noise complaints. Additionally, it was noted that demonstrators were utilizing disorienting and potentially hazardous strobing devices, which affected staff and individuals entering and exiting the building. This also raised concerns for the operators of vehicles traveling around the facility on the city streets.

After reviewing the multiple complaints received and considering the verbal warnings issued, I established Probable Cause (PC) for violations under 6 CFR 139.30 for conformity with lawful directions of law enforcement and 139.35, specifically Paragraph (c), which prohibits creating loud or unusual noise, as well as Paragraph (d), which addresses obstructing the usual use or access to federal property. This is also a violation of Oregon Revised Statue ORS 166.025 Disorderly conduct in the second degree, paragraph (b) Makes unreasonable noise.

At approximately 1513 hours, I contacted the Denver MegaCenter (DMC) and requested a full clearance check on the subject through the National Crime Information Center (NCIC) and locally through Lane County and the Eugene Police Department (EPD). The information provided to DMC included an Oregon ID: OR ID Anna LARDNER DOB: ▮▮▮▮ 1989, ▮▮▮▮▮▮▮▮▮▮ Current known address ▮▮▮▮▮▮▮▮▮▮ Eugene, Oregon, 97404.

At approximately 1449 hours, Inspector DOMINGUEZ advised that an additional IRS employee complained about the sound from the demonstrators with megaphones. The two IRS employees, Alice WOLFFESONG and Barbara MAGISTRALE, submitted noise complaints. WOLFFESONG indicated that the noise was interfering with the recording

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

of interviews, which is a critical part of their review process. MAGISTRALE stated the noise level made it very difficult to hold a conversation with customers and concentrate on her duties.

At approximately 1547 hours all protestor and legal observers have left the property, and the demonstration concluded.

On December 2, 2025, LARDNER returned to federal property to participate in the regularly scheduled weekly protest. LARDNER complied with prior verbal warnings regarding prohibited conduct on federal premises. LARDNER was present at 211 E 7th Avenue, Eugene, OR, for approximately four hours and departed the property without incident. No citation was issued, as LARDNER remained in compliance with all applicable rules and regulations.

CASE STATUS:

Closed.



**Department of Homeland Security**
National Protection and Programs Directorate
Federal Protective Service

| Case Control Number | Statement |
|---|---|
| 250441930 | Please fill out in full detail |

Date and time of statement: 11/25/25 1:06 ☐am ☑pm
Location where this statement was written: Eugene Federal Building

Name (last, first, middle): Shulein, Arik, B
Age: 46  DOB: /  /79  Sex: ☑M ☐F

Address (home): [redacted]  Phone: [redacted]

Address (business): 211 E 7th Ave, Suite 101, Eugene, OR 97401  Phone: 541-[redacted]

Date and time of offense: 11/25/25 / 12:30 ☐am ☑pm
Offense: 6 CFR 139.35(c) Prohibited Conduct

Suspect (last, first, middle): Lardner, Anna
Location of offense: Eugene Federal Building

Witness statement ☑yes ☐no    In custody ☐yes ☐no    Miranda warning indicated: ☐yes ☐no

**I have been advised and I am aware of the following rights:**
I have the right to remain silent. Anything I say can be used against me in court or other proceedings. I have the right to consult with an attorney and to have my attorney present during questioning. If I cannot afford an attorney, one will be appointed to represent me prior to any questioning.

I understand my rights: ☐yes ☐no _____ initial
I am willing to waive these rights and make the following statement: ☐yes ☐no _____ initial

I am an IRS manager whose office is directly next to the location that loud & distracting noises were occurring as a result of organized protests. Specifically, protestors are using bullhorns & intentionally distracting methods to disrupt normal functioning of the building & my office. Routine business is interrupted & employees / taxpayers are impacted.

I, Arik Shulein, have written or have read this statement written for me, and I swear or affirm under penalty of perjury that this statement is true and correct to the best of my knowledge.

Signed: [signature]  Date: 11/25/25

Witnessed by: [signature]
Officer/Agent Name: Sara Euzete  Badge: 1845  page 1 of 1

For Official Use Only -- Law Enforcement Sensitive

**FEDERAL PROTECTIVE SERVICE**
** SENSITIVE BUT UNCLASSIFIED **

Narrative Continuation

ON TUESDAY, NOVEMBER 25TH 2025, I PSO POTTER J. WITNESSED PROTESTORS OUTSIDE OF EUGENE FEDERAL BUILDING CAUSING A PUBLIC DISTURBANCE VIA CAMERA. AUDIBLE WITHIN THE BUILDING UTILIZING MEGAPHONES AND NOISE MAKERS. THEY BEGAN USING THESE DEVICES AT 1225. AT 1231 IRS MANAGER MADE A VERBAL COMPLAINT, ADDITIONALLY IRS EMPLOYEE AT 1236 AND A UA VISITOR AT 1250. EUGENE POLICE DEPARTMENT WAS NOTIFIED OF THESE NOISE COMPLAINTS AT 1300. AT 1321 PSO POTTER WITNESSED THE USE OF A STROBE LIGHT USED ON PASSERBY'S AND BUILDING OCCUPANTS.

DESCRIPTION OF SUBJECTS
NOISE COMPLAINT RECEPIANTS, ONE FEMALE APPROX. 5'6" 170LBS GLASSES, BR HAIR TO SHOULDERS IN PONYTAIL. OD GREEN BALL CAP, BLACK JACKET, JEANS, BLACK BOOTS.

NOISE COMPLAINT RECEPIANT, MALE (IDENIFIES FEMALE), APPROX 6'1", 185LBS, DARK BROWN HAIR, TO SHOULDERS IN PONYTAIL, BLACK JACKET, JEANS, BROWN BOOTS. PREVIOSLY IDENTIFIED AS "ANNA LARDNER"

SUBJECT UTILYZING STROBE LIGHT, MALE, APPROX 5'7" 220LBS WEARING BLACK HOODIE, BLACK MASK, BLACK PANTS, BLACK SHOES
NOTHING FOLLOWS

Officer Names/Signature/ID#: JOSHUA J. POTTER / 7173284
Date: 11/25/25
Supervisor: ED TSUI

CASE NUMBER _____
** SENSITIVE BUT UNCLASSIFIED **
3155 Report
Page __ of __



**Department of Homeland Security**
National Protection and Programs Directorate
Federal Protective Service

Case Control Number: 26044193D

**Statement** — Please fill out in full detail

Date and time of statement: 11/25/2025  3:50 ☐ am ☒ pm
Location where this statement was written: IRS OFFICE
Name (last, first, middle): WOLFFESONG, ALICE W
Age: 67
DOB: 1958
Sex: ☒ M ☐ F
Address (home): 211 E 7TH AVE #101
Address (business): EUGENE
Phone: [redacted]

Date and time of offense: 11/25/2025  11:00 ☒ am ☐ pm
Offense: NOISE 6 CFR 139.35(c) Prohibited conduct
Suspect (last, first, middle): Lardner, Anna
Location of offense: Eugene Federal Building

Witness statement ☒ yes ☐ no    In custody ☐ yes ☐ no    Miranda warning indicated: ☐ yes ☐ no

I have been advised and I am aware of the following rights:
I have the right to remain silent. Anything I say can be used against me in court or other proceedings. I have the right to consult with an attorney and to have my attorney present during questioning. If I cannot afford an attorney, one will be appointed to represent me prior to any questioning.

I understand my rights: ☐ yes ☐ no    initial
I am willing to waive these rights and make the following statement: ☐ yes ☐ no    initial

PERSONS ON SIDEWALKS SURROUNDING FEDERAL BUILDING THAT ARE PROTESTING ARE DISRUPTIVELY NOISY. YELLING, BULLHORNS, SINGING, ENCOURAGING PASSING TRAFFIC TO ENGAGE WITH CAR HORNS. EXTREMELY DISRUPTIVE TO BUSINESS WITH TAXPAYERS. TAXPAYER INTERACTIONS ARE RECORDED, THE RUCKUS IS CERTAINLY CAPTURED AND WILL MAKE REVIEW DIFFICULT. TAXPAYER INTERACTION IMPACTED BY THE EXTRANEOUS RACKET.

I, ALICE WOLFFESING, have written or have read this statement written for me, and I swear or affirm under penalty of perjury that this statement is true and correct to the best of my knowledge.

Signed: [signature]    Date: 11/25/2025
Witnessed by: [signature]
Officer/Agent Name: Sara Curtu    Badge: 1845    page ___ of ___

For Official Use Only -- Law Enforcement Sensitive



**Department of Homeland Security**
National Protection and Programs Directorate
Federal Protective Service

| Case Control Number | **Statement** |
|---|---|
| 260441193D | Please fill out in full detail |

Date and time of statement: 11-26-25  12:45  ☐ am ☒ pm
Location where this statement was written: IRS TAC

Name (last, first, middle): Magistrale Barbara Jean
Age: 63
DOB: 1962
Sex: ☐ M ☒ F

Address (home):
Phone:

Address (business): 211 E 7th Ave Eugene OR 97405
Phone:

Date and time of offense: 11.25.25 / 11:00 ☒ am ☐ pm
Offense: Noise, 6 CFR 139.35(c)

Suspect (last, first, middle): Lardner, Anna
Location of offense: outside of my window sidewalk at Fed Bldg

Witness statement ☒ yes ☐ no    In custody ☐ yes ☐ no    Miranda warning indicated: ☐ yes ☐ no

I have been advised and I am aware of the following rights:
I have the right to remain silent. Anything I say can be used against me in court or other proceedings. I have the right to consult with an attorney and to have my attorney present during questioning. If I cannot afford an attorney, one will be appointed to represent me prior to any questioning.

I understand my rights: ☐ yes ☐ no     initial

I am willing to waive these rights and make the following statement: ☐ yes ☐ no     initial

I work on ground floor in Taxpayer Assistance Center @ Gerald Ford Federal Building. Every Tuesday ICE protesters outside but on 11-25-25 they were using megafones. The proximity of where I sit - 8 feet from window - to the sidewalk (they are walking on - HIGH Street - and their high level of noise makes it very difficult for me to hold conversations with taxpayers I serve and concentrate on my work.

I, Barbara J. Magistrale, have written or have read this statement written for me, and I swear or affirm under penalty of perjury that this statement is true and correct to the best of my knowledge.

Signed: Magistrale    Date: 11·26·2025

Witnessed by: _____ Signature

Officer/Agent Name: Sam Ebster    Badge: 1845    page ___ of ___

For Official Use Only -- Law Enforcement Sensitive