Lauren Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97402
Telephone: 541-687-9180

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. 6:cv-25-2268-AA<br><br>SECOND DECLARATION OF COUNSEL LAUREN REGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR TRO & PI |

    1.    I am one of the attorneys for plaintiffs in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

    2.    As an attorney, I have been inside the Eugene federal building on several occasions, including accompanying immigrants to their ICE check-in appointments.

    3.    While inside the building, I observed that the glass doors and windows appeared quite soundproof and I could not really make out what people on the outside of the building were saying at all.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this February 11, 2026, at Eugene, Oregon.

                                                     /s/ Lauren Regan