Lauren Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER, | No. 6:25-cv-2268-AA |
| Plaintiffs, | SECOND DECLARATION OF CHLOE LONGWORTH IN SUPPORT OF PLAINTIFFS' MOTION FOR TRO AND PI |
| v. | |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

    1.    My name is Chloe Longworth, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

    2.    As I stated in my first declaration, on November 18, 2025, I was detained, arrested, and then issued a citation, apparently pursuant to the new regulations, for "loud or unusual noise," due to my using a megaphone on the public sidewalks outside Eugene's federal building, expressing my political beliefs and protesting.

    3.    No one told me prior to my arrest that I was causing any actual disruption of the activities inside the federal building.

    4.    When I was inside the building while being detained, although I could hear the noise from the protest, it was muffled.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

      Executed this 11th day of February, 2026, at Eugene, Oregon.

                                            <u>    /s/ Chloe Longworth   </u>
                                              Chloe Longworth