**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
**WILLIAM M. NARUS, CAB #243633**
First Assistant United States Attorney
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2936
Telephone:     (503) 727-1100
William.Narus@usdoj.gov
        Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **CHLOE LONGWORTH; ANNA LARDNER**, | Case No.: 6:25-cv-02268-AA |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| **DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary U.S. Department of Homeland Security ("DHS"), in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY,** | |
| Defendants. | |

**Page  1        Notice of Substitution of Counsel**

Defendants, by and through the undersigned counsel, hereby give notice of the following substitution of counsel in this matter.    First Assistant U.S. Attorney William M. Narus is substituted for Suzanne Miles as Defendants' counsel.    Pursuant to Local Rule 83-11(e), Suzanne Miles is no longer employed by the U.S. Attorney's Office for the District of Oregon

Dated this 28th day of April 2026.          Respectfully Submitted,

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ William M. Narus*
WILLIAM M. NARUS
First Assistant United States Attorney
Attorneys for Defendants