Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
Lauren Regan, OSB # 970878
Email: lregan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

        Attorneys for Plaintiffs

SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JOSHUA KELLER, OSB #195912**
Assistant United States Attorney
Joshua.Keller@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000

        Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| CHLOE LONGWORTH and ANNA LARDNER, | No. 6:25-cv-2268-AA |
| Plaintiffs, | |
| v. | JOINT STATUS REPORT AND REQUEST FOR SCHEDULING ORDER |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM,[1] Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

---

[1] Secretary Markwayne Mullin is automatically substituted as defendant for Kristi Noem in this case pursuant to Federal Rule of Civil Procedure 25(d).

Page 1 – JOINT STATUS REPORT AND REQUEST FOR SCHEDULING ORDER

The parties have conferred and submit this joint status report.

The parties have come to agreement that this is a record review case, not subject to discovery or trial, and therefore request that the current deadlines set for discovery and pretrial order be vacated. The parties request an order setting the following schedule:

| EVENT | DEADLINE |
| --- | --- |
| Defendants to file Administrative Record (AR) | 45 days after a decision on the pending Motion to Dismiss (Dkt 33), or September 1, 2026, whichever is later |
| Joint ADR Report | 14 days after filing of AR |
| Plaintiffs' Motion for Summary Judgment | 45 days after filing of AR |
| Defendants' combined Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment | 45 days after filing of Plaintiffs' Motion |
| Plaintiffs' combined Response to Defendants' Motion for Summary Judgment and Reply in Support of Summary Judgment | 21 days after filing of Defendants' Motion/ Response |
| Defendants' Reply in Support of Motion for Summary Judgment | 21 days after filing of Plaintiffs' Response/ Reply |

DATED: July 16, 2026.

_____ /s/ Marianne Dugan _____
Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
Lauren Regan, OSB # 970878
Email: lregan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180

Attorneys for Plaintiff

SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon

_/s/ Joshua Keller_
JOSHUA KELLER, OSB #195912
Assistant United States Attorney
Joshua.Keller@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000

Attorneys for Defendants